IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**HELEN M. HUA**                                                               **PLAINTIFF**

**v.**                                                  **CIVIL ACTION NO. 2:16-CV-22-KS-MTP**

**SHELTER MUTUAL INSURANCE COMPANY**            **DEFENDANT**

## ORDER

On January 9, 2017, Defendant filed a Motion for Summary Judgment [28]. Plaintiff shall respond on or before **January 23, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendant wants to reply, it must do so within seven days of the filing of Plaintiff's response, but no later than **January 30, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, it must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendant's original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __10th__ day of __January__, 2017.

                                                 __s/Keith Starrett__
                                                 UNITED STATES DISTRICT JUDGE